1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880 Fax: (916) 658-1884
   peterbrixie@gmail.com
4
   Attorney for PAUL BELBIN
5
                    UNITED STATE DISTRICT COURT
6
                 EASTERN DISTRICT OF CALIFORNIA
7

8  PAUL BELBIN,                          Case No.: 2:13-CV-02657-AC

9          Plaintiff,

10 vs.                                   **STIPULATION AND ORDER
                                          EXTENDING TIME TO FILE AND
11 COMMISSIONER OF SOCIAL SECURITY,       SERVE MOTION**

12         Defendant.

13

14     IT IS HEREBY STIPULATED by and between the parties, through their respective

15 undersigned attorneys, and with the permission of the Court as evidenced below, that the

16 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

17 extended to the new filing date of August 11, 2014. The extension is needed due to press of

18 business in plaintiff's attorney's office.

19

20

21

22

23

24

25

1    This is the 1st request for extension by plaintiff.

2

3    Dated:  7/7/14                                    /s/ Peter  Brixie
                                                        PETER E. BRIXIE
                                                        Attorney at Law
4                                                       Attorney for Plaintiff

5

6    Dated: 7/7/14                          By:        /s/Jennifer Tarn
                                                        JENNIFER TARN
                                                        Special Assistant U. S. Attorney
7                                                       Attorney for Defendant

8
                                     __ooo__
9
                         APPROVED AND SO ORDERED
10

11

12   Dated:  July 8, 2014

                                     _____
13
                                     ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25