1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880 Fax: (916) 658-1884
   peterbrixie@gmail.com
4
   Attorney for PAUL BELBIN
5
                    UNITED STATE DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7

8  PAUL BELBIN,                          Case No.: 2:13-CV-02657-AC

9         Plaintiff,

10 vs.                                   **STIPULATION AND ORDER
                                         EXTENDING TIME TO FILE AND
11 COMMISSIONER OF SOCIAL SECURITY,      SERVE MOTION**

12        Defendant

13

14      IT IS HEREBY STIPULATED by and between the parties, through their respective

15 undersigned attorneys, and with the permission of the Court as evidenced below, that the

16 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

17 extended to the new filing date of September 11, 2014. The extension is needed due to press of

18 business in plaintiff's attorney's office.

19

20

21

22

23

24

25

This is the 2nd request for extension by plaintiff.

Dated:  8/1/14                                          /s/ Peter  Brixie
                                                        PETER E. BRIXIE
                                                        Attorney at Law
                                                        Attorney for Plaintiff


Dated: 8/1/14                          By:        /s/Jennifer Tarn
                                                  JENNIFER TARN
                                                  Special Assistant U. S. Attorney
                                                  Attorney for Defendant


__ooo__

APPROVED AND SO ORDERED.  <u>No further extensions of time will be granted</u>.

Dated: August 11, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE